UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CHRIS LANGER,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SOUTHERN CALIFORNIA DISCOUNT TIRE CO., INC., et al.,<br><br>　　　　Defendants. | Case No: 20-cv-06151 SBA<br><br>**CONDITIONAL DISMISSAL ORDER** |

Having received notice of the settlement of the action, see Dkt. 28, and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED. All scheduled dates are vacated. In the event that the settlement is not realized, any party may move to reopen the case and a case management conference will be reset, provided such motion is filed within sixty (60) days of the date this order is filed.

IT IS SO ORDERED.

Dated: 12/18/2020

*[signature]*
SAUNDRA BROWN ARMSTRONG
Senior United States District Judge